IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-172-AP**

**SUZETTE LABOUTSA,**

    Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

    Defendant.

## ORDER

Kane, J.

Defendant's Unopposed Motion for Entry of Judgment (doc. #13), filed July 20, 2006, is GRANTED. Consistent with the fully favorable decision entered by the Social Security Commission on June 12, 2006, judgment shall enter in favor of the Plaintiff and against the Defendant.

Dated this 20th day of July, 2006.

BY THE COURT:

S/**John L. Kane**
Senior Judge, United States District Court