IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-00172-JLK**

**SUZETTE LABOUTSA,**

    Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

    Defendant.

## ORDER

Kane, J.

Defendant's Stipulated Motion for Award of EAJA Fees (Doc. 16) is GRANTED. Fees in the amount of $1,170.00 are ordered paid to Plaintiff's attorney in accordance with the Act.

Dated this 23d day of August, 2006.

BY THE COURT:

s/**John L. Kane**
Senior Judge, United States District Court